JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LETICIA OLIMPIO,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>PREMIERE CREDIT OF NORTH AMERICA, LLC; and DOES 1 to 10, inclusive,<br><br>　　　　　Defendant. | Case No. 2:13-cv-01642-CAS-SS<br><br>Honorable Judge Christina A. Snyder<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANTS |

## [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that all claims of Plaintiff LETICIA OLIMPIO against Defendant PREMIERE CREDIT OF NORTH AMERICA, LLC; and DOES 1 to 10, inclusive, are dismissed, with prejudice. Plaintiff LETICIA OLIMPIO and Defendant PREMIERE CREDIT OF NORTH AMERICA, LLC shall each bear their own costs and attorneys' fees. IT IS SO ORDERED.

DATED: September 4, 2013

*/s/ Christina A. Snyder*
District Court Judge
Central District of California